FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0171 JW (PR)

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

1. Name  WEAVER   WILLIE
   (Last)         (First)         (Initial)

2. Prisoner Number  J-91389

3. Institutional Address  PELICAN BAY STATE PRISON
   P.O. BOX 7000 CRESCENT CITY, CA 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA   E-filing

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

PELICAN BAY STATE
PRISON SECOND
WATCH 12/22/07

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  P.S.U

B.   Is there a grievance procedure in this institution?
     YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                        - 1 -

1 |      1. Informal appeal _____
2
3
4 |      2. First formal level_____
5
6
7 |      3. Second formal level_____
8
9
10 |      4. Third formal level _____
11
12
13 | E.   Is the last level to which you appealed the highest level of appeal available to
14 | you?
15 |      YES ( )   NO (✓)
16 | F.   If you did not present your claim for review through the grievance procedure,
17 | explain why.___STILL BEING PROCESSED___
18
19
20 | II.   Parties.
21 | A.   Write your name and your present address. Do the same for additional plaintiffs,
22 | if any.
23 | WILLIE WEAVER PELICAN BAY
24 | STATE PRISON P.O. BOX 7000 CRESCENT
25 | CITY, CA, 95531.
26 | B.   Write the full name of each defendant, his or her official position, and his or her
27 | place of employment. PELICAN BAY STATE
28 | PRISON SECOND WATCH 12/22/07

COMPLAINT               -2-

1    B-2 CORECTIONAL OFFICER

2

3

4

5 III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each

7 defendant is involved and to include dates, when possible. Do not give any legal arguments or

8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9 separate numbered paragraph.

10 ON 12/22/07 EARLY SATURDAY
11 MORNING PELICAN BAY STATE PRISON
12 SECOND WATCH CORRECTIONAL OFFICERS
13 HARRASSED PLAINTIFF by KICKING
14 YELLING AT INMATES DOOR FOR YARD
15 AND GROUP RELEASE BANGING ON
16 DOORS, CORRECTIONAL OFFICERS SLAMED
17 UPPER TIER B-2-A-SECTION NEXT TO
18 PLAINTIFF CELL SO HARD UNTIL THE
19 door DONT WORK. B-2-A-SECTION
20 SUPPOSE TO bE THE QUIET SECTION,
21 THE DEFENDANT(S) SHOWED DELIBERATE
22 INDIFFERENCE UNDER THE EIGHT AMENDMENT
   THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT

23 IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 LIABILITY DAMAGE 25,000 TWENTY
27 FIVE THOUSAND DOLLARS DUE TO,
28 CONSPIRACY, U.S. CONSTITUTION VIOLATION
   PENAL CODE VIOLATIONS.

COMPLAINT            -3-

1  PUNITIVE DAMAGES: 25.000 TWENTY
2  FIVE THOUSAND DOLLARS DUE TO:
3  MENTAL ANGUISH, STRESS DISORDER,
4  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __22__, 20_07_

_____Willie Weaver_____
(Plaintiff's signature)

COMPLAINT                                - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666
MAILED FROM ZIP COD

CONFIDENTIAL
LEGAL MAIL

RECEIVED
DEC 31 2007
RICHARD W. [WIEKING]
CLERK U.S. [DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

9410273851

OFFICE OF THE CLE[RK]
IN THE UNITED ST[ATES]
DISTRICT COURT F[OR]
NORTHERN DISTRICT
CALIFORNIA 450 GOL[DEN]
GATE AVENUE