**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER, ) | No. C 08-00171 JW (PR) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| PELICAN BAY STATE PRISON SECOND WATCH, ) | |
| Defendant. ) | |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the full filing fee or apply for leave to proceed in forma pauperis, so on January 11, 2008, this Court's clerk sent him a notice that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. The deadline has since passed, and plaintiff has not complied.

For the foregoing reasons, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall close the file.

DATED: February 29, 2008

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.08\Weaver00171_judgment.def-ifp.wpd