**RECEIVED**

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

03/03/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

   PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

   DEFENDANT(S)

CASE NO. CV-08-0171 JW (PR)

AFFIDAVIT FOR EXTENSION OF TIME

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

PLAINTIFF WILLIE WEAVER HERE by DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM LEGAL LAW LIBRARY. PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEAD LINES IN WHICH TO FILE NEW DEADLINES IN WHICH TO FILE NEW APPLICATION TO PROCEED IN FORMA PAUPERIS.

Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,
V.

PELICAN BAY STATE PRISON,
DEFENDANT(S).

CASE NO. CV-08-0171 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 03/03/08, I SERVED A copy of the ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

by PLACING A copy IN A POSTAGE PAID ENVELOPE AddRESSED TO THE PERSON(S) hERE IN AFTER LISTED by dEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND AddRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORN-IA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE