**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER,<br><br>           Plaintiff,<br><br>    vs.<br><br>PELICAN BAY STATE PRISON SECOND WATCH,<br><br>           Defendant. | No. C 08-00171 JW (PR)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 4) |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the full filing fee or apply for leave to proceed in forma pauperis, so on January 11, 2008, this Court's clerk sent him a notice that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. Plaintiff failed to comply with the deadline, and the case was dismissed without prejudice on February 29, 2008.

On March 11, 2008, plaintiff filed a motion for extension of time to file an in forma pauperis application. Plaintiff has set forth no justification for his failure to meet the Court's deadline or why this Court should consider reopening this action. The motion is DENIED.

This order terminates Docket No. 4.

DATED:  March 14, 2008

JAMES WARE
United States District Judge

Order Denying Motion
G:\PRO-SE\SJ.JW\CR.08\Weaver00171_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON SECOND WATCH,

        Defendant.

Case Number: CV08-00171 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/20/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:   3/20/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk