**FILED**

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

            Plaintiff,

   vs.

PELICAN BAY STATE PRISON

            Defendant.

CASE NO.  CV-08-0171 JW(RR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

    I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.   Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *SACRAMENTO AIR PORT  300 WEEKLY*

5  *1200 MONTHLY*

6

7  2.     Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.     Business, Profession or          Yes ____  No ✓

10              self employment

11       b.     Income from stocks, bonds,        Yes ____  No ✓

12              or royalties?

13       c.     Rent payments?                    Yes ____  No ✓

14       d.     Pensions, annuities, or           Yes ____  No ✓

15              life insurance payments?

16       e.     Federal or State welfare payments, Yes ____  No ✓

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.     Are you married?                       Yes ____  No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____     Net $_____

28  4.     a.     List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support. (NOTE:

3         For minor children, list only their initials and ages. DO NOT INCLUDE

4         THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?         Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?         Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ____ No ✓ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No ✓ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ____

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   | Name of Account | Monthly Payment | Total Owed on This Acct. |
     | --- | --- | --- |
26   | _____ | $ _____ | $ _____ |
27   | _____ | $ _____ | $ _____ |
28   | _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do <u>not</u> include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____   No ____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10 _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16   ___01/ 18 / 08___          ___Willie Weaver___

17        DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

Case Number:_____

2

3

4

5

## CERTIFICATION OF FUNDS

6

### IN

7

### PRISONER'S ACCOUNT

8

9

10

11    I certify that attached hereto is a true and correct copy of the prisoner's trust account

12  statement showing transactions of  Willie Eugene Weaver  J91389 for the last six months at

13  Pelican Bay State Prison where he is confined.

14

15

16    I further certify that the average deposits each month to this prisoner's account for the

17  most recent 6-month period were $5.63 and the average balance in the prisoner's account each

18  month for the most recent 6-month period was $10.28.      (20%= $2.06)

19

20

21

22

23  Dated:  3/12/08

24                                              x Clerk acct I Sep
                                                Authorized officer of the institution

25

26

27    THE WITHIN INSTRUMENT IS A CORRECT
                          COPY OF THE TRUST ACCOUNT MAINTAINED
                          BY THIS OFFICE.
                          ATTEST: 3-11-08
28                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          BY  J. Kleppin
                          TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT:  J91389      ACCT NAME: WEAVER, WILLIE EUGENE       ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96
COUNTY CODE: SAC

CASE NUMBER: 94F09335
FINE AMOUNT: $   5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/27/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 5,306.32 |
| 12/27/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 5,281.32 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 33.75 | 28.43 | 5.32 | 27.82 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_  pg 2 of 2
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
22.50-
-----------

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT: J91389       ACCT NAME: WEAVER, WILLIE EUGENE       ACCT TYPE: I

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                    CASE NUMBER: 94F09335
COUNTY CODE: SAC                           FINE AMOUNT: $   5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/27/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 5,306.32 |
| 12/27/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 5,281.32 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 33.75 | 28.43 | 5.32 | 27.82 | 0.00 |



CURRENT
AVAILABLE
BALANCE
------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *J. Kleppin*  pg 2 of 2
TRUST OFFICE

22.50-
------------