04/01/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

WILLIE WEAVER,
    PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

    DEFENDANT(S)

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

CASE NO. C-08-00171
JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER TERMINATION ENTERED IN THIS ACTION MARCH 14, 2008.

RESPECTIBLE SUBMITTED
Willie Weaver
―――――――――――
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
            PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
            DEFENDANT(S),

CASE NO. C-08-00171 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 04/01/08 I served a copy of the attached three exact Motion Notice of Appeal

by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORN 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE

WILLIE WEAVER
J-91389 B-2-310
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



CONFIDENTIAL
LEGAL MAIL

3410293919 C009

CASE NO. C-08-0017
JW (PR)
IN THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450
GOLDEN GATE AVEN