UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 9, 2008

**CASE INFORMATION:**
Short Case Title:  <u>WILLIE WEAVER</u>-v- <u>PELICAN BAY STATE PRISON</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>James Ware, San Jose Division</u>
Criminal and/or Civil Case No.: <u>CV 08-00171 JW  </u>
Date Complaint/Indictment/Petition Filed: **1/11/08**
**Date Appeared order/judgment** *entered* **2/29/08**
**Date NOA** *filed* **4/3/08**
**Date(s) of Indictment  Plea Hearing  Sentencing**

**COA Status (check one):**   ☐ granted in full (attach order)      ☐ denied in full
(send record)
                              ☐ granted in part (attach order)      ☐ pending

**Court Reporter(s) Name & Phone Number:**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
**Date Docket Fee Paid:**                **Date Docket Fee Billed: 4/9/08**
**Date FP granted:**                     **Date FP denied:**
**Is FP pending?** ☐ yes  ☐ no                        W a s  F P  l i m i t e d ☐?
                                                      Revoked ☐?

**US Government Appeal?** ☐ yes   ☐ no
**Companion Cases?  Please list:**

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (Please include email address)**
**Appellate Counsel:**                    **Appellee Counsel:**
**Willie Eugene Weaver**
**J-91389**
**Pelican Bay State Prison**
**5905 Lake Earl Drive**
**P. O. Box 7000**
**Crescent City, Ca 95531-7000**
☐ retained   ☐ CJA   ☐ FPD  ☒ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
**Prisoner ID:**                         **Address:**
**Custody:**
**Bail:**

**AMENDED NOTIFICATION INFORMATION**
**Date Fees Paid:**            **9th Circuit Docket Number:**

**Name & Phone Number of Person Completing this Form:** <u>Cindy Vargas</u>