**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                        408.535.5364

April 9, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:      Request for Payment of Docket Fee

    **Title:  <u>WILLIE WEAVER -v- PELICAN BAY STATE PRISON second Watch</u>**
    **Case Number:       <u>CV 08-00171 JW</u>**
    **Court of Appeals Number:**

    **A notice of appeal was filed with this Court on 4/3/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.**

    **The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

        **Sincerely,**

        **RICHARD W. WIEKING, Clerk**

        **by:  <u>Cindy Vargas</u>**
        **Case Systems Administrator**

**cc: U.S. Court of Appeals**