1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  WILLIE EUGENE WEAVER,                )
                                         )   No. C 08-00171 JW (PR)
9          Plaintiff,                    )
                                         )   ORDER DENYING MOTION FOR
10     vs.                               )   LEAVE TO PROCEED *IN FORMA*
                                         )   *PAUPERIS*
11  PELICAN BAY STATE PRISON             )
    SECOND WATCH,                        )
12                                       )
           Defendant.                    )
13                                       )   (Docket No. 6)
    _____ )
14

15         Plaintiff, a state prisoner, filed a <u>pro se</u> civil rights complaint pursuant to 42

16  U.S.C. § 1983.  Plaintiff did not pay the full filing fee or apply for leave to proceed

17  <u>in forma pauperis</u>, so on January 11, 2008, this Court's clerk sent him a notice that

18  he must either pay the full filing fee or file an <u>in forma pauperis</u> application within

19  thirty days or the case would be dismissed.  Plaintiff failed to comply with the

20  deadline, and the case was dismissed without prejudice o February 29, 2008.

21         On March 26, 2008, plaintiff filed a motion for leave to proceed <u>in forma</u>

22  <u>pauperis</u>.  (Docket No. 6.)  Plaintiff has set forth no justification for his failure to

23  meet the Court's deadline or why this Court should consider reopening this action.

24  The motion is DENIED.

25         This order terminates Docket No. 6.

26

27  DATED: ___ April 7, 2008 _____     _____
                                             JAMES WARE
28                                           United States District Judge

Order Denying IFP Motion
G:\PRO-SE\SJ.JW\CR.08\Weaver00171_deny-ifp.wpd

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

               Plaintiff,

   v.

PELICAN BAY STATE PRISON SECOND WATCH,

               Defendant.

_____/

Case Number: CV08-00171 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/10/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated: _____4/10/2008_____

               Richard W. Wieking, Clerk
               /s/ By: Elizabeth Garcia, Deputy Clerk