UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

APR 1 5 2008

April 9, 2008

FILED...........
DOCKETED..........
           DATE    INITIAL

**CASE INFORMATION:**
Short Case Title: WILLIE WEAVER -v- PELICAN BAY STATE PRISON
Court of Appeals No. (leave blank if a unassigned  06-80097
U.S. District Court, Division & Judge Name: James Ware, San Jose Division
Criminal and/or Civil Case No.: CV 08-00171 JW
Date Complaint/Indictment/Petition Filed: 1/11/08
Date Appealed order/judgment *entered* 2/29/08
Date NOA *filed* 4/3/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)     ☑ denied in full
                         (send record)
                         ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                  Date Docket Fee Billed: 4/9/08
Date FP granted:                       Date FP denied: APR 1 0 2008
Is FP pending? ☐ yes ☐ no                          Was FP limited ☐?
                                                   Revoked ☐?

US Government Appeal? ☐ yes ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:           9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: **Cindy Vargas**